58 A.3d 749

COMMONWEALTH of Pennsylvania, Respondent

v.

HAU DUY BACH, Petitioner.

Supreme Court of Pennsylvania.

Dec. 6, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of December 2012, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Bradford,* 616 Pa. 122, 46 A.3d 693 (2012).